## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER JEFFERSON, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 11-489-SCW |
| DR. FENOGLIO, WARDEN RYKER, PAMELA MORAN, DENSMORE, and LEE RYKER, | ) |
| Defendant(s). | ) |

### JUDGMENT IN A CIVIL CASE

Defendants **WARDEN RYKER PAMELA MORAN** and **DENSMORE**, Dietary Manager, were dismissed with prejudice on June 26, 2012, by an Order entered Judge Michael J. Reagan (Doc. 12).

Defendants **PAMELA MORAN**, Grievance Officer Lawrence CC **and DIETARY DENSMORE**, Dietary Supervisor, Lawrence CC were added by the filing of the Amended Complaint (Doc. 30) and then later dismissed due to the striking of the Amended Complaint on October 4, 2012, by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 31).

Defendants **DR. FENOGLIO** and was granted summary judgment on December 17, 2013, by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 56).

THEREFORE, judgment is entered in favor of Defendants **DR. FENOGLIO, WARDEN RYKER, PAMELA MORAN, DENSMORE, LEE RYKER, PAMELA MORAN**, Grievance Officer Lawrence CC and **DIETARY DENSMORE**, Dietary Supervisor Lawrence CC and against Plaintiff **WALTER JEFFERSON**.

Plaintiff shall take nothing from this action.

**DATED** this 17th day of December, 2013

                                                  **NANCY J. ROSENSTENGEL, CLERK**

BY: **S/ Angela Vehlewald**
**Deputy Clerk**

**Approved by   S/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**